tion of whether an allegation of jurisdiction is non-frivolous is made based entirely on the written record," a hearing on this issue is "unnecessary." *Kahn*, 528 F.3d at 1341. Here, the Board properly determined that it did not have jurisdiction without a hearing. As the above analysis shows, Keira did not make a non-frivolous allegation of the Board's jurisdiction because OPM has not yet issued a new reconsideration decision in this case.

CONCLUSION

For the reasons set forth above, we affirm the Board's dismissal of Keira's appeal for lack of jurisdiction.

COSTS

Each party shall bear its own costs.

**AFFIRMED.**

**ACACIA MEDIA TECHNOLOGIES CORPORATION, Plaintiff–Appellant,**

v.

**MEDIACOM COMMUNICATIONS CORPORATION, Bresnan Communications LLC, Cebridge Connections, and Cable One Inc., Defendants–Appellees,**

and

**Hospitality Network, Inc., COXCOM, Inc., and Cable America Corp., Defendants–Appellees,**

and

**Charter Communications, Inc., Armstrong Group, Wide Open West LLC, East Cleveland Cable TV and Communications LLC, Massillon Cable TV**

**Inc., Mid–Continent Media, Inc., U.S. Cable Holdings LP, Sjoberg's Cablevision, Inc., Savage Communications Inc., Loretel Cablevision, Cannon Valley Communications, Inc., Arvig Communications Systems, NPG Cable Inc., and Block Communications Inc., Defendants–Appellees,**

and

**The DirecTV Group, Inc., Defendant–Appellee,**

and

**Echostar Satellite LLC and Echostar Technologies Corporation, Defendants–Appellees,**

and

**Comcast Cable Communications, LLC and Insight Communications Company, Inc., Defendants–Appellees,**

and

**CSC Holdings, Inc., Defendant–Appellee,**

and

**Game Link Inc., ACMP LLC, Cybernet Ventures Inc., Global AVS Inc., National A–1 Advertising Inc., AEBN Inc., Ademia Multimedia LLC, Audio Communications Inc., Cyber Trend Inc., Innovative Ideas International Ltd. (Doing Business as Adult Revenue Services), Lightspeed Media Group Inc., New Destiny Internet Group LLC, and VS Media Inc., Defendants–Appellees,**

and

**Offendale Commercial Limited BV, Defendant–Appellee,**

and

**International Web Innovations Inc., Defendant–Appellee,**

and

**Time Warner Cable, Inc., Defendant–Appellee,**

and

**ASKCS.Com Inc., Defendant.**

No. 2010–1081.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2010.

Roderick G. Dorman, Hennigan, Bennett & Dorman LLP, of Los Angeles, CA, argued for plaintiff-appellant. With him on the brief were Alan P. Block, Mieke K. Malmberg and Marc Morris.

David S. Benyacar, Kaye Scholer LLP, of New York, NY, argued for defendants-appellees, Time Warner Cable, Inc., Mediacom Communications Corporation, et al, and CSC Holdings, Inc. With him on the brief for Time Warner Cable, Inc., was Daniel L. Reisner.

Benjamin Hershkowitz, Gibson, Dunn & Crutcher, LLP, of New York, NY, for defendant-appellee CSC Holdings, Inc. With him on the brief were Mark A. Perry and Tanya Mazur.

Annamarie A. Daley, Barnes & Thornburg LLP, of Minneapolis, MN, for defendant-appellee Hospitality Network, Inc., et al.

Jonathan E. Singer, Fish & Richardson, P.C., of Minneapolis, MN, for defendant-appellee Game Link Inc., et al. On the brief was Todd G. Miller, of San Diego, CA. of counsel was William C. Shear, of Dallas, TX.

Victor S. De Gyarfas, Foley & Lardner LLP, of Los Angeles, CA, for defendant-appellee International Web Innovations, Inc.

Mitchell D. Lukin, Baker Botts LLP, of Houston, TX, for defendant-appellee Mediacom Communications Corporation, et al.

Bradford P. Lyerla, Marshall, Gerstein & Borun LLP, of Chicago, IL, for defendant-appellee Charter Communications, Inc. On the brief was Jeffrey H. Dean.

James M. Slominski, The Hecker Law Group, of Los Angeles, CA, for defendant-appellee Offendale Commercial Limited BV. of counsel was Gary A. Hecker.

Gregory A. Castanias, Jones Day, of Washington, DC, for defendant-appellee The DirecTV Group, Inc. With him on the brief were Jennifer L. Swize; and Kevin G. McBride and Louis L. Touton, of Los Angeles, CA.

Rachel Krevans, Morrison & Foerster LLP, of San Francisco, CA, for defendant-appellee Echostar Satellite LLC, et al. With her on the brief were Matthew I. Kreeger, Jason A. Crotty and Heather R. Bobkova; and Deanne E. Maynard, of Washington, DC.

David J. Silbert, Keker & Van Nest, LLP, of San Francisco, CA, for defendant-appellee Comcast Cable Communications, LLC, et al. With him on the brief was Daniel E. Jackson.

Before DYK, MAYER, MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

